826

No. 202.   BURNHAM CHEMICAL CO. *v.* CHAPMAN, SEC-
RETARY OF THE INTERIOR, ET AL.   United States Court of
Appeals for the District of Columbia Circuit.   Certiorari
denied.   *Elden McFarland* for petitioner.   *Acting Solici-
tor General Raum* and *Assistant Attorney General
Vanech* for respondents.

No. 203.   WOLFGANG, PRINCE OF HESSE, ET AL. *v.* BUR-
ROWS.   United States Court of Appeals for the District
of Columbia Circuit.   Certiorari denied.   *Joseph S. Rob-
inson, Dayton M. Harrington* and *James D. Graham, Jr.*
for petitioners.   *Charles F. McKay, Jr.* for respondent.

No. 206.   UNITED STATES *v.* CALIFORNIA.   C. A. 9th
Cir.   Certiorari denied.   *Acting Solicitor General Raum*
for the United States.   *Fred N. Howser,* Attorney Gen-
eral of California, and *Hartwell H. Linney,* Chief Assist-
ant Attorney General, for respondent.

No. 207.   ROSENBLUM ET AL. *v.* UNITED STATES.   C. A.
7th Cir.   Certiorari denied.   *Albert Ward* and *Palmer K.
Ward* for petitioners.   *Acting Solicitor General Raum,
Assistant Attorney General Caudle, Ellis N. Slack* and
*George R. Gallagher* for the United States.

No. 208.   GOOD ET AL. *v.* CATE, TRUSTEE IN BANK-
RUPTCY.   C. A. 3d Cir.   Certiorari denied.   *Samuel
Kagle* and *Oscar Brown* for petitioners.   *Bertram Ben-
nett* for respondent.

No. 210.   BUTLER ET AL. *v.* DISTRICT OF COLUMBIA.
United States Court of Appeals for the District of Co-
lumbia Circuit.   Certiorari denied.   *Henry F. Butler* for